IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:11-00090-KD-N |
| | ) | (Civil Action No. 12-00729-KD) |
| BLAKE EDWARD FRIDAY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 26, 2014 is **ADOPTED** as the opinion of this Court.

Accordingly, it is ORDERED that Petitioner's § 2255 petition, seeking to vacate, set aside, or correct his sentence is hereby **DENIED** and, further, that a certificate of appealability is hereby **DENIED**.

DONE this 26th day of March 2014.

s/ Kristi K. DuBose<br>
KRISTI K. DuBOSE<br>
UNITED STATES DISTRICT JUDGE